SOPHIA A. TATUM, Respondent, *v.* ALBERT BECKER, Appellant.

*Appeal from Law Commissioner's Court.*

*Garesché & Farish,* for respondent.

*J. K. Knight,* for appellant.

BATES, Judge, delivered the opinion of the court.

No instructions were given for plaintiff. All the instruction asked by the defendant were given except the first, which was a general instruction that the plaintiff cannot recover.

We cannot review that instruction except by weighing the evidence, which we will not do. There is nothing in the case which the court can review.

Affirmed; the other judges concur.